AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
JAMES J. VILT JR, CLERK
3/22/2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| United States of America | ) |
|---|---|
| v. | ) |
| Isaiah Stoner | ) Case No. 3:22MJ-189 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 21, 2022  in the county of  Jefferson  in the  Western  District of  Kentucky , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute a Controlled Substance -Fentanyl |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Alexander H Sanchez*
*Complainant's signature*

Alexander H. Sanchez, Special Agent ATF
*Printed name and title*

Sworn to me and subscribed by telephone in accordance with Fed. R.

Date: March 21, 2022

City and state: Louisville, Kentucky

*Colin Lindsay*
Colin H Lindsay, Magistrate Judge
United States District Court
Colin H. Lindsay, U.S. Magistrate Judge
*Printed name and title*