## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alexander Sanchez, being duly sworn, depose and state as follows:

1. Your Affiant has been employed by the Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) as a Special Agent (SA) since March of 2016. Affiant is currently assigned to the Louisville Field Division (LFD). In connection with my official ATF duties, I investigate criminal violations of state and federal firearms and narcotics laws including, but not limited to, violations of Title 18, United States Code, Sections 922 and 924, and Title 21, United States Code, Section 841. Affiant has received specialized training in the enforcement of laws concerning firearm related offenses as found in Title 18 of the United States Code. Affiant also has been involved in various types of electronic surveillance, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of firearms related offenses. The following information has been obtained through personal observation and knowledge or was told to this Affiant by other law enforcement agents. This affidavit does not contain every fact know to me, but states only those facts necessary to establish probable cause for an arrest warrant for a violation of Title 21, United States Code, Section 841(a)(1).

2. On March 21, 2022, your affiant, and detectives with the Louisville Metro Police Department (LMPD) observed an individual known to them as Isaiah STONER get into the driver's seat of a Black GMC Terrain with Tennessee license plate 0X8-1E2. Your affiant, as well as the LMPD detectives that observed STONER, knew that STONER did not have a valid driver's license. LMPD detectives further observed window tint on the entire front windshield of the vehicle, as well as excessively dark tint on the side windows. In order to assist with surveillance, the LMPD air unit was utilized.

3. LMPD Officer Joseph Howell initiated a traffic stop on the Black GMC Terrain with Tennessee license plate 0X8-1E2 at the Circle K gas station located at 6204 Shepherdsville Road, Louisville, KY 40228. As Officer Howell drove towards STONER's vehicle, he briefly lost sight of the vehicle as it pulled around the rear of the gas station. At the same time as he pulled around the rear of the building, the LMPD air unit observed an individual discard suspected narcotics from the vehicle. Officer HOWELL regained sight of the vehicle and initiated a traffic stop for the excessive window tint. STONER exited the vehicle and complied with Officer Howell's commands. STONER was the sole occupant of the vehicle.

4. At the scene, Detectives located a large clear bag containing two individually wrapped bags of suspected narcotics that the LMPD air unit observed being discarded from the vehicle. LMPD narcotics K9 "Goose" handled by Detective Todd Benzing gave positive indications on the vehicle, which was then searched. Inside the vehicle were four cellphones, a large amount of US currency which K9 "Goose" indicated on, ammunition, a white pill bottle containing capsules, a prescription pill bottle with STONER's name on it containing three orange pills, and an Enterprise rental car agreement in Sharon Benford's name.

5. Both bags of suspected narcotics were tested using a TruNarc machine and tested positive for Fentanyl. The Fentanyl mixture weighed approximately 100 grams. Your affiant knows from training and experience that it is common for narcotics traffickers to keep large sums of US Currency as well as multiple cellphones on them to conduct transactions. Your affiant further knows that possession of approximately 100 grams of Fentanyl is indicative of narcotics trafficking.

6. Based on the foregoing, Affiant believes there is sufficient probable cause to arrest Isaiah STONER for a violation of Title 21, United States Code, Section 841(a)(1) (Possession with the Intent to Distribute a Controlled Substance - Fentanyl).

Respectfully submitted,

*Alexander H Sanchez*
Alexander H. Sanchez, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) this 21th day of March, 2022.

Colin H Lindsay, Magistrate Judge
United States District Court

3