# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                                **CRIMINAL ACTION NUMBER: 3:22-MJ-189-CHL**

**ISAIAH STONER**                                              **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

On March 22, 2022, Colin H. Lindsay, United States Magistrate Judge held an initial appearance on this matter via video conference. Assistant United States Attorney Alicia Gomez appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Detention Center. Brian Butler, retained counsel, appeared on behalf of the defendant. The proceeding was digitally recorded.

The defendant, through counsel, consented to proceed with this hearing via video conference.

The Court reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

The defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein and was advised of his rights.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that a preliminary and detention hearing is scheduled for **March 24, 2022 at 3:00 p.m.** via video conference before Colin H. Lindsay, United States Magistrate Judge. The defendant is **remanded** to the custody of the United States Marshals Service pending further order of the Court.

March 28, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

:10