## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CRIMINAL ACTION NO. 3:22MJ-189-CHL

**UNITED STATES OF AMERICA,**                                          **PLAINTIFF,**

**v.**

**ISAIAH STONER,**                                                     **DEFENDANT.**

### ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so.  Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

March 28, 2022

_____
Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record