# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CRIMINAL ACTION NO. 3:22MJ-189-CHL |
| ISAIAH STONER | DEFENDANT |

## ORDER

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge via video conference on March 24, 2022, for a preliminary and detention hearing. Assistant United States Attorney Alicia Gomez appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Detention Center. Brian Butler, retained counsel, appeared on behalf of the defendant. The proceeding was recorded by April Dowell, Court Reporter.

The defendant, through counsel, consented to proceed with hearing via video conference.

At the request of defendant, a preliminary hearing was held. The Court heard sworn testimony of a witness and arguments of counsel and for the reasons stated on the record, found probable cause to believe the defendant committed the offenses charged in the Complaint.

As to the matter of detention, the defendant elected to waive his right to a detention hearing at this time while reserving his right to move for a detention hearing at a later date. The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

**IT IS HEREBY ORDERED** that, pending action by the Grand Jury, arraignment is scheduled, for **April 14, 2022 at 11:00 a.m**. via video, before the Honorable Regina S. Edwards, United States Magistrate Judge.

:40

March 29, 2022

Colin H Lindsay, Magistrate Judge
United States District Court