

# Case Assignment
## Standard Criminal Assignment

Case number **3:22CR-29-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 4/5/2022 12:34:22 PM
Transaction ID: 67570

[Request New Judge]  [Return]