FILED
JAMES J. VILT, JR. - CLERK

APR - 5 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA					PLAINTIFF

v.							CRIMINAL NO: 3:22-CR-29-DJH

ISAIAH STONER						DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Alicia P. Gomez hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Alicia P. Gomez*

Alicia P. Gomez
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6326
Email: alicia.gomez@usdoj.gov