UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:22-cr-29-DJH

ISAIAH STONER,     Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on May 17, 2022, with the following counsel participating:

    For the United States:     Alicia Gomez

    For Defendant:     Brian Butler

The Court and counsel discussed the procedural posture of the case. The parties jointly requested that the matter be set for a change of plea. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

    (1)     This matter is set for a change-of-plea hearing on **June 2, 2022, at 9:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

    (2)     The trial of this matter, currently set for June 21, 2022, is **REMANDED** from the Court's docket. All pretrial dates and deadlines are **VACATED**.

May 17, 2022

Court Time: 00/10
Court Reporter: Dena Legg

David J. Hale, Judge
United States District Court

cc:     Jury Administrator