UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,   Plaintiff,

v.   Criminal Action No. 3:22-cr-29-DJH

ISAIAH STONER,   Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A change-of-plea hearing was called in this matter on June 2, 2022, with the following counsel participating:

    For the United States:    Alicia Gomez

    For Defendant:    Brian Butler

The defendant was present. The Court was informed at the start of the hearing that new defense counsel might enter an appearance. In light of the confusion over who would be representing the defendant in this matter, the Court found that the requisite circumstances for a change of plea were not present and declined to move forward with the hearing. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

    (1)    The change-of-plea hearing set in this matter is **CONTINUED**, to be reset by subsequent order if necessary.

    (2)    Should new defense counsel wish to enter an appearance, they shall do so no later than close of business on **June 6, 2022**.

    (3)    This matter is **SET** for a telephonic status conference on **June 8, 2022, at 10:30 a.m.** Counsel for the parties shall connect to the telephonic status conference by dialing the

toll-free number 1-877-402-9753 and entering the access code 9073187. Counsel shall confer in advance of the conference regarding a schedule in this matter moving forward.

(4) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), and without objection, the Court finds that **the period of delay from April 5, 2022, to June 8, 2022, is excludable in computing the time within which the trial must commence under the Speedy Trial Act.** The Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant continuity of counsel. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

June 3, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/10
Court Reporter: Dena Legg