## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
(electronically filed)

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**                                                       **CRIMINAL ACTION NO. 3:22-cr-00029-DJH**

**ISAIAH STONER**                                                                             **DEFENDANT**

### MOTION TO EXCUSE

Comes now counsel, the Hon. Rob Eggert, and moves this Court to allow counsel to be absent from the telephonic conference scheduled for June 8, 2022, in this case.

In support of this motion, counsel states the following:

1. Counsel will be trying a homicide case in the action of *Commonwealth vs. Jacouri Burns* in the Fayette Circuit Court.

2. Counsel and Mr. Renn are not going to represent Isaiah Stoner under any circumstances.

3. Counsel was in another trial last week when a friend of Mr. Stoner's made payment. Counsel did not know that a Change of Plea had already been scheduled. The money has been returned. Mr. Eggert will not represent Mr. Stoner, no matter what.

WHEREFORE, counsel respectfully moves this Court to enter the Order attached hereto.

                                                                **Respectfully submitted,**

                                                                /s/   Rob Eggert
                                                                **Rob Eggert**
                                                                600 West Main Street
                                                                Suite 200
                                                                Louisville, Kentucky 40202
                                                                (502) 540-5700

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 6, 2022, the foregoing motion was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record.

      /s/   Rob Eggert
      **Rob Eggert**