**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
(electronically filed)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V. | **CRIMINAL ACTION NO. 3:22-cr-00029-DJH** |
| **ISAIAH STONER** | **DEFENDANT** |

### **ORDER**

Motion having been made, and with this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the foregoing motion is GRANTED.

IT IS FURTHER ORDERED that the Hon. Rob Eggert is excused from the telephonic conference scheduled this week in the above-styled case.