UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                   Plaintiff,

v.                                                                  Criminal Action No. 3:22-cr-29-DJH

ISAIAH STONER,                                                                                Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on June 8, 2022, with the following counsel participating:

    For the United States:    Alicia Gomez

    For Defendant:    Brian Butler

The defendant's probation officer was also on the call. The Court and counsel discussed the procedural posture of the case. Mr. Butler confirmed his ongoing representation of the defendant. The parties jointly requested that the matter be reset for a change of plea. Based on the discussion during the conference, and by agreement of the parties, it is hereby

**ORDERED** as follows:

(1)    This matter is set for a change-of-plea hearing on **June 22, 2022, at 2:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)    Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from June 8, 2022, to June 22, 2022, is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a

continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

June 8, 2022

David J. Hale, Judge
United States District Court

Court Time: 00/05
Court Reporter: Dena Legg