# Exhibit 1

Sean D. Nash

Re: Isaiah Stoner

To: The Honorable Judge Hale,

I have known Isaiah most of his life. I've known him to be a good person. I was both troubled and surprised to hear about his recent case as he has always been a rather solid person. It is for this reason I am happy to write a letter of reference for Mr. Stoner regarding this matter. I understand the seriousness of this matter however, hope the court will show some leniency.

Isaiah has always been an upright character in the community. He has really been there for his family, especially when I broke my elbow. He made it a point to be there and show a significant amount of support during a sudden and arduous time for me. It was Isaiah that was a source of camaraderie for both me and our family. He has truly been a good friend over the years.
In addition to our friendship, he is a usually upstanding member in the neighborhood. While it is unfortunate that he has made some bad decisions, thus resulting in this case. While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person. In short, Isaiah has expressed deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.
It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Isaiah to be an honorable individual, a valuable member of my community, and a good human being.
Sincerely,

Sean D Nash,

*[signature]*