# Exhibit 2

September 18, 2022

In Reference: Isaiah Stoner
3405 KY-146
La Grange, KY 40031

My name is Sharleeka Lewis, I am lifelong citizen of Louisville Kentucky and a University of Louisville alumni. I have known Isaiah since he was a small child. Prior to his arrest, I attempted to talk with Isaiah unfortunately I was too late. Isaiah is not the person sitting before you today he is a father, a brother, and a son who has lost his way. He lost his father at a very young age, he has a mother that suffers from substance abuse, and lacks positive role models in his life. In no means, am I attempting to make an excuse for his actions and Isaiah has expressed he is ready to take full accountability for his actions. However, I am asking the court to show him some leniency. Isaiah has made some grave mistakes in the past, but I believe with the correct support system and tools in place he is capable of being a productive law-abiding citizen after a reasonable period of time. Examples of this include.

- **Intensive Therapy:** Isaiah has strong feelings of remorse and accepts full responsibility for his crimes. However, Isaiah is aware that he suffers from impulse control disorder syndrome. This disorder impacts his ability to resist temptation including substance and alcohol abuse-related disorders. I am aware that he has failed in this area previously, but I believe he is aware of how destructive his behaviors can be, and I am convinced with the appropriate mental health program in place he can thrive much better mentally and physically.
- **Addiction Recovery:** Isaiah is committed to continuing his recovery and I believe the BOP can assist him with his recovery while he is incarcerated. Per the justice.gov website the BOP has provided intensive substance abuse treatment for inmates for more than 20 years. The RDAP program offered by the BOP has been proven to be one of the most successful treatment programs reducing the likeliness to recidivate and relapse.
- **Education and Job Skills:** Per the Justice.gov website research shows that inmates who worked in prison industries were 24 percent less likely to recidivate and 14 percent more likely to be gainfully employed after release from custody than other inmates. Having a job, however, has been shown to reduce recidivism, and individuals are less likely to commit crimes when they have stable, full-time employment. Isaiah is a high school graduate, and at a very young age he has made some mistakes and is remorseful. However, it is my belief that if he is able to obtain occupational training, and the other services outlined above he can transition back into society after serving a reasonable amount of time.

In closing, I would like to thank you for your time. Despite the charges, I still believe with the proper programs in place he can be reformed. I sincerely hope the court takes this letter into thought and consideration at the time of sentencing. Again, thank you for taking the time to read this letter.

Respectfully,

Sharleeka Lewis BSW, MBA