# Exhibit 3

September 18, 2022

US Federal Court
Honorable Judge Presiding
Louisville, KY

SUBJECT: ISAIAH STONER

Dear Honorable Judge Presiding,

In am writing this letter on behalf of my grandson Isaiah Stoner. My relationship with Isaiah began immediately on the date of his birth as I was in the delivery room when he was born. Isaiah and I have always had a special bond. I remember his overnight stays as a child how we watched movies, played video games, and our weekly grocery shopping trips to Sam's and Kroger's. He was always helpful to pack the groceries into the house. We did this until he was sixteen years old most teenagers at that age have other interests but not Isaiah his devotion to me and his Grandfather was exceptional, so like his character, kind, thoughtful, generous, and loving.

Isaiah is a respected father and son there is nothing impossible when it involves the needs of his children, mother, family, and friends. Isaiah is also a man of faith; however, poor decisions have led him to compromise his Christian foundation and future. I believe that Isaiah can rebound from his misfortune. I also believe in second and third chance opportunities, so does Isaiah, he recently relayed to me during a phone conversation that he had a cheerful outlook about his situation and a willingness to correct the mistakes he has made so that he can be a role model for his children, family, and the community. I know that Isaiah's tenacity and cheerful outlook is a formula for success. I pray that the Court will grant leniency regarding their decision in his case and give him the opportunity to be one of the many success stories that the Courts have produced through their careful consideration.

Sincerely,

*Sandra Starks*

Sandra Starks
Grandmother