# Exhibit 4

September 19, 2022

RE: Isaiah Stoner

I, Sharon Benford am writing this letter to you to provide a character reference about my grandson Isaiah Stoner. My grandson is a person of good moral character, he is a father, a son, an uncle, and a brother. I realize that may seem hard to believe given the circumstances, but it's true, nonetheless.

After losing my son at a very young age, due to a senseless murder, my husband of 45 years and I helped raised Isaiah to the best of our ability. I was troubled and shocked to hear that my Grandson was involved in any illegal activity. Isaiah is not a perfect young man; he is a learning young man. I was there thought out all of his childhood years, I was there to witness him walk across the stage as a high school graduate and I remember feeling so overjoyed. He was working for UPS, and he was filled with so many goals and aspirations. At that time, I thought to myself job well done. Not to suggest that was the end of his story, but the beginning of a new story that didn't require for me to hold his hand so tightly. For so many years I held him so close because I feared all of the ugly things this world had to offer and the fear of losing him. To write this letter today, breaks my heart all over again. As a mother and a grandmother, one of your biggest fears is to find your child in a place that you are unable to shelter and protect your child. The young man sitting before you today, is not the young man I helped to raise, he is a troubled child that has went down the wrong path, with the wrong people.

However, I've always taught my children accountability and I know that Isaiah is fully accountable for his actions and regrets his poor decision making. As a child I would remind Isaiah, when he made a bad choice "today you made a bad choice, and you learned that for every bad action on your part, you can anticipate an unpleasant reaction from others who feel responsible to head you down the right path." With that being said, I am writing to request that you send my grandson down the right path and not a long path. I am begging the court to show him some leniency.

I want to thank you for your time and consideration. Despite the charges, I know my grandson has a good core and was raised with a solid foundation. I recognize that he broke the law, and I do not believe that he should get out without any consequences for his actions. I just pray that you will recognize the power you possess with the regard to his future, and his ability succeed in society. This does not have to be the end of his story; it could be the beginning of a new story. Thanks again for your time!

Sincerely,

Sharon Benford