**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | **CRIMINAL NO. 3:22CR-00029-DJH** |
| | *Electronically filed* |
| **ISAIAH STONER** | **DEFENDANT** |

### NOTICE OF ADMINISTRATIVE FORFEITURE

The United States hereby gives notice that the Bureau of Alcohol, Tobacco, Firearms and Explosives administratively forfeited the following on August 1, 2022, and is no longer applicable to the prosecution of the defendant:

a. **United States currency in the amount of $13,985.00; and**

b. **24 rounds of Federal ammunition, caliber 57.**

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911

### CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2022, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record

s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney