DATE: Feb 3, 2023

TO: Office of The Clerk
Room 126 Federal Building
423 Fredrica Street
Owensboro, KY 42301-3013

FROM: Isaiah Stoner
Reg No: 20128-033
FCI Terre Haute
PO Box 33
Terre Haute, IN 47808

FILED
JAMES J. VILT, JR. - CLERK
FEB 10 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Re: Case No.: 3:22-CR-29-1-DJH

My name is Isaiah Stoner. My register number is 20128-033. I am currently being detained at FCI Terre Haute - Terre Haute, Indiana 47808. I am writing to request a one-time, courtesy copy of my Judgement and Conviction Order, Plea Agreement, Docket Sheet, and Sentencing Transcripts. This courtesy copy is owing to indigency and it is pertaining to the above-referenced case number.

Respectfully,

Isaiah Stoner

Isaiah Stoner 80138-033
FCI Terre Haute
Po Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460
7 FEB 2023 PM 4 L

Office of The Clerk
Room 126 Federal Building
423 Fredrica Street
Owensboro, KY 42301-3013

